UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | CR. NO. 1:24-cr-10065-MJJ |
| RITO MELENDEZ LOPEZ | ) ) ) | |

DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL

The Defendant, Rito Melendez Lopez, respectfully requests that the Court allow current counsel to withdraw and appoint substitute counsel. In support of this motion, the Mr. Melendez Lopez states the following:

1. I am currently represented by retained counsel.

2. I have experienced an irretrievable breakdown in communication with my current attorney.

3. I am no longer able to work with my current attorney.

4. I make this request to appoint counsel respectfully and in good faith. I am not seeking to delay proceedings or obstruct the administration of justice but rather to ensure that I am represented by counsel with whom I can work effectively.

I respectfully request that this Court allow current counsel to withdraw and appoint substitute counsel to represent me.

Respectfully submitted,
RITO MELENDEZ LOPEZ

*Rito Melendez Lopez*
Plymouth County House of Corrections

April 9, 2025

1